THE PEOPLE OF THE STATE OF ILLINOIS, Respondent-Appellee, *v.* JESUS A. GUZMAN, Petitioner-Appellant.

(No. 59101; )

First District (1st Division)—February 11, 1974.

PER CURIAM.
BURKE, J., took no part.

Paul Bradley, Deputy Defender, of Chicago (Richard D. Thomas, Assistant Appellate Defender, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Kenneth L. Gillis and Linda West Conley, Assistant State's Attorneys, of counsel), for the People.